UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-62580-CIV-DIMITROULEAS

LUTHERENE ANDERSON,

Magistrate Judge Snow

       Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

       Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation for Final Order of Dismissal With Prejudice [DE 16] (the "Stipulation"), filed herein on May 10, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 16] is hereby **APPROVED**;

2. This case is **DISMISSED WITH PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of May, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

1

Counsel of Record